IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN A. McLEOD,

      Plaintiff,

v.	Case No. 4:14cv359-MW/CAS

MICHAEL CREWS, et al.,

      Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation. ECF No. 38. Upon consideration, no objection having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed in forma pauperis on appeal, ECF No. 37, is **DENIED**. This case is **DISMISSED** for failure to comply with court orders and failure to prosecute."

1

This Court is not unmindful that Plaintiff has filed a notice of appeal of this Court's Order Denying Plaintiff's Motion to Set Aside Magistrate's Order Vacating Report and Recommendation.  ECF No. 32.  It is well settled that a notice of appeal from a nonappealable order does not divest a district court of jurisdiction taken in the interval between the filing of the notice and the dismissal of appeal.

**SO ORDERED on February 6, 2015.**

<u>s/Mark E. Walker</u><br>
**United States District Judge**